**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Ryan J. Warman,

     Petitioner,

          v.                                  Case No.   1:20cv291

Jenny Hildebrand, Warden,                   Judge Michael R. Barrett
London Correctional Institution,

     Respondent.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on September 7, 2022 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.   *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 22) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 22) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge, the petition is **DENIED** and **DISMISSED WITH PREJUDICE**, and judgment shall be entered in favor of respondent and against petitioner. Because petitioner has not made a substantial showing of a denial of a constitutional right, 28 U.S.C. § 2254(c)(3), and no reasonable jurist would disagree would this conclusion, petitioner is denied a certificate

1

of appealability and should not be permitted to proceed on appeal *in forma pauperis*.

       **IT IS SO ORDERED.**

                     *s/Michael R. Barrett*
                     Michael R. Barrett, Judge
                     United States District Court